# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JENNIFER BRIONES,<br><br>　　　　　　　Defendant. | Case No.  CR07-5720; CR07-5724<br><br>ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES |

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office Office alleging defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, BARBARA SIEVERS;
The defendant appears personally and represented by counsel, STEVEN J. KRUPA ;

The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and (c) that defendant's Appearance Bond could be revoked and defendant detained pending resolution of the underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.

The defendant having
( X )  acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following bond conditions as set forth below:
　　(a) failing to submit to drug and alcohol testing on February 4, 2008;
　　(b) missing Army Substance Abuse Program treatment on January 28 and January 30, 2008;
　　(c) failing to submit to drug and alcohol testing February 7, 2008

The plaintiff having asked the court to dismiss the third allegation set forth in the petition of February 5, 2008 from U.S. Pretrial Services.

The court having determined that the defendant violated the conditions of his/her Appearance Bond, Now therefore defendant's Appearance Bond  is hereby:
(  ) continued in effect.
(  ) modified as follows:
( X ) revoked, and the defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.    .

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　**February 15, 2008.**


　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold* _____
　　　　　　　　　　　　　　　　　J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1